UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON DAVIS,

    Plaintiff,

v.

RYAN COX,

    Defendant.

No. 1:23-cv-00576-JMB-RSK

HON. JANE M. BECKERING

| | |
|---|---|
| Brian T. Dailey (P39945) <br> Rod M. Johnston (P80337) <br> Attorneys for Plaintiff <br> Dailey Law Firm, P.C. <br> 63 Kercheval Avenue, Suite 215 <br> Grosse Pointe, MI 48236 <br> (313) 640-1111 <br> briandailey@daileylawyers.com <br> rod@daileylawyers.com | Daniel P. Bock (P71246) <br> Luanne Laemmerman (P64588) <br> Assistant Attorneys General <br> Attorneys for Defendant <br> Environment, Natural Resources, <br> and Agriculture Division <br> P.O. Box 30755 <br> Lansing, MI 48909 <br> (517) 335-7664 <br> bockd@michigan.gov <br> laemmermanl1@michigan.gov |

**DEFENDANT'S MOTION FOR STAY OF PROCEEDINGS**

    Defendant Ryan Cox, by counsel, moves under Fed. R. Civ. P. 7(b) and Local Rule 7.1 to stay proceedings in this matter pending the outcome of an active criminal investigation into the incident that gave rise to this lawsuit. This motion is based on those rules and the other grounds set forth in Defendant Cox's accompanying brief.

    Counsel for the Defendant emailed Plaintiff's counsel on November 7, 2023 to ascertain whether Plaintiff would oppose the motion and the relief sought. No

response was given.  Previously, on October 18, 2023, counsel for the Defendant and counsel for the Plaintiff conferred by telephone and discussed the fact that Defendant intended to seek a stay of proceedings, and counsel for the Plaintiff indicated that the Plaintiff would oppose such a request.

As set forth in the accompanying brief, Defendant Cox respectfully requests a reasonable stay of proceedings in this matter pending the conclusion of the active criminal investigation.

Respectfully submitted,

/s/ *Daniel P. Bock*
Daniel P. Bock (P71246)
Luanne Laemmerman (P64588)
Assistant Attorneys General
Attorneys for Defendant
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
bockd@michigan.gov
laemmermanl1@michigan.gov

Dated:  November 8, 2023

LF:  Davis, Brandon (v Cox) (DNR) USDC-WD/AG #2023-0379956-A/Motion for Stay 2023-11-08

2