# EXHIBIT A

AG CASE

| STATE OF MICHIGAN<br>77TH JUDICIAL DISTRICT<br>49TH JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | DISTRICT: 23-56095FY<br>CIRCUIT:<br>CTN: 96-23901253-01<br>MSP #: MSP 060-0000173-23 |
|---|---|---|
| District Court ORI: MI540015J | Circuit Court ORI: MI540025J | AG ORI: MI820025A |

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>V RYAN DAVID COX<br>510 JEFFERSON ST.<br>MANCELONA, MI 49659 | Victim or complainant<br>STATE OF MICHIGAN |
|---|---|---|
| | | Complaining Witness<br>D/TPR. AARON TUBERGAN |
| Co-defendant(s) (If known) | | Date: On or about<br>MAY 14, 2023 |
| City/Twp./Village<br>BARRYTON | County in Michigan<br>MECOSTA | Defendant TCN | Defendant CTN<br>96-23901253-01 | Defendant SID |
| Defendant DOB<br>Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN<br>Put DLN in Ref. No. row 3 on MC 97 | DLN Type: | Vehicle Type | Defendant Sex<br>M | Defendant Race<br>W |
| Police agency report no.<br>MSP 060-0000173-23 | Charge<br>See below | | | Maximum penalty<br>See below | |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN COUNTY OF MECOSTA**
The complaining witness says that on the date above and at Merrill-Gorrel County Park, the defendant, contrary to law:

**COUNT 1:** ASSAULT WITH INTENT TO DO GREAT BODILY HARM LESS THAN MURDER OR BY STRANGULATION
did make an assault upon Brandon Christopher Davis with intent to do great bodily harm less than the crime of murder; contrary to MCL 750.84. [750.84].

FELONY: 10 Years or $5,000.00. DNA to be taken upon arrest. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

**COUNT 2:** WEAPONS - FELONY FIREARM
did carry or have in his/her possession a firearm, to-wit: a pistol, at the time he/she committed or attempted to commit a felony, to-wit: ASSAULT WITH INTENT TO DO GREAT BODILY HARM LESS THAN MURDER OR BY STRANGULATION; contrary to MCL 750.227b. [750.227B-A]

FELONY: 2 Years consecutively with <u>and</u> preceding any term of imprisonment imposed for the felony or attempted felony conviction; Mandatory forfeiture of weapon or device [See MCL 750.239]

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

The complaining witness asks that the defendant be apprehended and dealt with according to law.

Warrant authorized on 12/1/2023 by:
*Robert M. Hayes*
Robert M. Hayes (P69006)
Assistant Attorney General
Criminal Trials & Appeals Division
3030 W. Grand Blvd. Cadillac Place, Suite 10-200
Detroit, MI 48202
313-456-0180
☐ Security for costs posted

I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

*Signature* 472
Complaining Witness Signature

12-11-23
Date

MC 200 (9/22) FELONY SET, Complaint (PACC-PAAM Replacement)   MCL764.1et seq.,MCL766.1 et seq.,MCL767.1et seq.,MCR6.101,MCR6.102